

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00140-CV

Diego **DE LA ROSA**,
Appellant

v.

Ernest **SANCHEZ**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2021CV04059
Honorable Grace M. Uzomba, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Appellee's "Motion to Dismiss" is DENIED AS MOOT.

Costs of appeal are assessed against appellant.

SIGNED July 20, 2022.

_____
Lori I. Valenzuela, Justice